odefst.    IN THE UNITED STATES DISTRICT COURT

           FOR THE SOUTHERN DISTRICT OF TEXAS

                    HOUSTON DIVISION

RAYMOND GEORGE RILES,           *

        Plaintiff,              *

v.                              *    CIVIL ACTION NO. H-95-820

TEXAS DEPARTMENT OF CRIMINAL    *
JUSTICE-ID PSYCHIATRIC&         *
ASSOCIATION,                    *

        Defendant.              *

## ORDER FOR MORE DEFINITE STATEMENT

Plaintiff, filing pro se, brings this action for violation of civil rights. So that the court can properly evaluate the merits of this case, plaintiff is hereby ORDERED to submit a more definite statement of the facts involved in this action. Label your response "Plaintiff's More Definite Statement."

Specifically, plaintiff shall state:

(1) Fully explain the psychiatric condition(s) you are complaining about.

Answer the following questions for each condition(s) you are complaining about.

(2) Explain when this psychiatric condition came about and what caused it.

(3) When did you first notice this psychiatric condition?

(4) When were you admitted to TDCJ-ID (or jail)?

(5) Give the dates of admission and release for any of your prior terms in TDCJ-ID.

(6) What is your current diagnosis?

(7) Who made this diagnosis? (name, title and who employed by)

(8) When and by whom were you first diagnosed with this psychiatric condition?

(9) If you are complaining about a denial of psychiatric care, list all the occasions that you were denied psychiatric care. For each occasion state:

    (a) When.

    (b) Who denied you psychiatric care.

    (c) Why were you denied psychiatric care.

    (d) What psychiatric care were you denied?

    (e) At the time of the denial were you already on medication or receiving treatment or therapy for the same condition. Explain.

    (f) Did you file a grievance for denial of psychiatric care? What responses did you receive?

(10) If you are complaining about inadequate psychiatric care, list all the occasions that you received inadequate psychiatric care. For each occasion state:

    (a) When.

    (b) Who rendered the inadequate psychiatric care.

    (c) Explain why you believe the care was inadequate.

    (d) At the time of the inadequate psychiatric care were you on medication or receiving treatment or therapy for the same condition. Explain.

    (e) Did you file a grievance for inadequate psychiatric care? What responses did you receive?

(11) What psychiatric treatment have you received for the

condition involved in this suit?

(12) On what dates did you receive psychiatric treatment?

(13) What was the specific treatment you received on each date, including medication?

(14) Were you hospitalized for your condition? If so, for how long? Where? What was done while you were hospitalized?

(15) Have you requested medication for your condition?

(16) For each request for medication, state:

    (a) To whom did you make the request?

    (b) The date and time of the request.

    (c) Did you make the request verbally or in writing?

    (d) What happened in response to your request?

(17) Is there some specific psychiatric treatment you are claiming you should have received that you did not receive? If so, explain what treatment and why you feel you should have received it.

(18) Have you requested any specific medication or treatment which the defendants refused you? If so, explain.

(19) List all occasions that you were seen by psychiatric personnel and state for each occasion:

    (a) The date.

    (b) The name and title of the person you saw.

    (c) Where you saw them (hospital, infirmary, clinic, etc.)

    (d) What you told them and what they told you.

    (e) Were you examined?

3

(f) What treatment did you receive?

(g) What medication or prescription for medication did you receive? Did you receive any over-the-counter type medication?

(20) What harm was caused to you by the events made the basis of this suit.

(21) Does your psychiatric condition interfere with your normal activities? Explain.

(22) Has any state or federal court ever ordered you to pay a fine or sanction? If so, attach copies of all such orders or, for each such order, explain which court and what fine or sanction was imposed. Also, for each such order state whether you have paid the fine or complied with the other sanction imposed and explain when and how you paid the fine or otherwise complied.

(23) Has any state or federal court ever issued an order barring you from filing any other lawsuits until certain conditions were met, such as judicial approval or payment of fine or sanction? If so, attach copies of all such orders or, for each such order, explain which court and what condition was imposed. Also, for each such order state whether the condition was met and explain when and how you met the condition or otherwise complied. Attach copies of any order of a judge approving of the filing of this lawsuit.

(24) Have any of your lawsuits been dismissed as frivolous, malicious, duplicative, successive or repetitive, including but not limited to, cases dismissed under 28 U.S.C. § 1915? If so, attach copies of all such orders of dismissal or, for each such lawsuit, explain which lawsuit(s), which court, and what kind of dismissal.

(25) List all the lawsuits, of any nature, you have ever filed in state and federal court, including the case number, full case name (including all parties), type of case, and the outcome.

(26) What is your social security number (if you have had or used more than one, list all of them) and your date of birth?

(27) State, in complete form, all names you have ever used or been known by, including any and all aliases. Separately list any and all names you have used for any lawsuits you have ever filed.

(28) List all TDCJ-ID identification numbers you have ever been assigned and all other jail and state or federal prison numbers ever assigned to you (for example, county jail SPN numbers, federal prison register numbers, etc.) For all numbers listed, identify the particular institution which assigned the number.

Plaintiff is ORDERED to submit the responses by copying each question as posed by the court and writing the answer under each question, in numbered paragraphs corresponding to each question. Plaintiff must also include in his answer the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

Plaintiff is further ORDERED to respond within thirty (30) days of entry of this order by submitting to the Clerk an original and one copy for each named defendant so that each defendant may be served. The Clerk will not issue summons until plaintiff's

supplemental statement is evaluated by the Court.  <u>Failure to comply as directed may result in the dismissal of this action</u>.

The Clerk will provide copies to the parties.

SIGNED at Houston, Texas on this _____15_____ day of ____April____, 19_95_.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE