

*12*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
NOV 0 6 1995
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAYMOND GEORGE RILES, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CR. ACTION NO. H-95-820 |
| | § | |
| WAYNE SCOTT, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

This suit is incomprehensible, fails to state a cause of action and fails to name an appropriate defendant. Somewhere along the way, reason and common sense got snagged on the bare branches of confusion.

It is ORDERED that this case be and it is Dismissed with prejudice as frivolous.

Signed this 3rd day of November, 1995.

_____
KENNETH M. HOYT
United States District Judge