



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
NOV 0 6 1995
Michael N. Milby, Clerk

| | |
|---|---|
| RAYMOND GEORGE RILES, § § Petitioner, § VS. § WAYNE SCOTT, DIRECTOR, § TEXAS DEPARTMENT OF § CRIMINAL JUSTICE, § INSTITUTIONAL DIVISION, § § Respondent. § | CR. ACTION NO. H-95-820 |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case, the petitioner shall take nothing and this case is dismissed with prejudice as frivolous.

This is a FINAL JUDGMENT.

Signed this 3rd day of November, 1995.

KENNETH M. HOYT
United States District Judge